COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 August 17, 2016
 No. 10-16-00122-CV
 IN THE INTEREST OF L.A.S., A CHILD
 
 center-4254500
 From the County Court at Law No. 2
 Johnson County, Texas
 Trial Court No. D201300051
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error has been presented. Accordingly, the trial court's judgment signed on April 18, 2016 is affirmed.
 It is further ordered that the Texas Department of Family and Protective Services is awarded judgment against John Paul Street for the appellate costs that were paid, if any, by the Department of Family and Protective Services; and all unpaid appellate court costs, if any, are taxed against John Paul Street.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
2993390-15811500 By: ___________________________
 Nita Whitener, Deputy Clerk
126572581762320